UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA             S10 05 Cr. 523 (LTS)

   - against -             **NOTICE OF APPEARANCE**

PAUL GALINSON, *et.al.*,

                Defendant.
-----------------------------------------------------x

      Undersigned counsel hereby notes his appearance on behalf of defendant PAUL GALINSON in the captioned matter and requests that he receive Notices of Electronic Filing in this case.

Dated:  Garden City, New York
        December 7, 2007

                                            Respectfully submitted,

                                            _____/s/_____
                                            CHARLES F. CARNESI (CC0140)
                                            Attorney at Law
                                            1225 Franklin Avenue, Suite 325
                                            Garden City, New York 11530
                                            516-512-8914
                                            516-873-8881 (fax)
                                            cfcarnesi49@aol.com