# LARUSSO & CONWAY
## ATTORNEYS AT LAW
### 300 OLD COUNTRY ROAD, SUITE 341
### MINEOLA, NEW YORK 11501

Telephone No. (516) 248-3520
Fax No. (516) 248-3522

December 18, 2007

Hon. Judge Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re: United States v. Paul Galinson
           Criminal Docket NO. S10-05-523(LTS)

Dear Judge Swain:

    This letter is being filed to inform the Court and the litigants in the above-captioned case that the undersigned has been relieved by Mr. Galinson. A notice of appearance by new counsel (Charles Carnesi) has been filed.

                                Sincerely,

                                _____
                                Joseph R. Conway, Esq.

Cc: Paul Galinson