**CHARLES F. CARNESI**
*Attorney at Law*
1225 Franklin Avenue
Suite 325
Garden City, New York 11530

TELEPHONE
(516) 512-8914

TELECOPIER
(516) 873-8881

February 5, 2008


**Via ECF and Fax (212-805-0426)**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

    Re:    <u>*United States v. Galinson* S11 05 Cr. 523 (LTS)</u>

Dear Judge Swain:

      The government has brought to our attention that we have not yet filed formal notice under Federal Rule of Criminal Procedure 12.3 that Paul Galinson currently intends to pursue a Public-Authority Defense in the referenced case. Under the Rule, the time to file notice is coextensive with the time to file pretrial motions, which expired in early January. However, as the Court is aware, this case has been pending for nearly three years but Mr. Galinson was indicted only recently. We, therefore, respectfully request leave to file the appropriate notice by February 8, 2008.

Respectfully,


_____/s/_____
Charles F. Carnesi


cc:    All Counsel (Via ECF)                  So Ordered:


                                                         _____
                                                         Laura Taylor Swain, U.S.D.J.