UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

UNITED STATES OF AMERICA                    **S10 05 Cr. 523 (LTS)**

    - against -                                    **NOTICE OF DEFENSE**

PAUL GALINSON, *et.al.*,

                         Defendant.
----------------------------------------------------x

       Pursuant to Federal Rule of Criminal Procedure 12.3, PAUL GALINSON hereby

provides notice that he intends to raise a public-authority defense in the captioned matter and

further provides the following information:

      a.      The law enforcement agency involved is Customs and Border Patrol/Immigration

            and Customs Enforcement.

      b.      The agency member on whose behalf he worked is Walter Golenbiowski.

      c.      The time during which he acted with public authority is 2002-2007.

Dated: Garden City, New York
       February 8, 2008

                           Respectfully submitted,

                           _____/s/_____
                           CHARLES F. CARNESI
                           Attorney at Law
                           1225 Franklin Avenue, Suite 325
                           Garden City, New York 11530
                           516-512-8914
                           516-873-8881 (fax)
                           cfcarnesi49@aol.com