# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

USDC SDNY
DOCUMENT
ELECTRONICAL
DOC #: _____
DATE FILED: FEB 2 1 2008

January 28, 2007

Hon. Judge Swain.
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re: United States v. Paul Galinson
        Criminal Docket NO. S10-05-523(LTS)

Dear Judge Swain:

    This letter is being filed to inform the Court and the litigants in the above-captioned case that the undersigned has been relieved by Mr. Galinson. Below appear the signatures of the undersigned as well as that of the defendant Paul Galinson. A notice of appearance by new counsel (Charles Carnesi) has been filed.

Sincerely,

Joseph R. Conway, Esq.

Paul Galinson

Mr Conway is relieved of the representation. The Clerk of Court is also respectfully requested to remove Mr Flood from the list of counsel for Mr Galinson.
SO ORDERED
2/21/2008
LAURA TAYLOR SWAIN U.S.D.J.

