UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA :

   - v. -  :  S11 05 Cr. 523 (LTS)

PAUL GALINSON, : **Nolle Prosequi**

                 Defendant. :

------------------------------------------------------------ X

        1.     On November 28, 2007, Indictment S10 05 Cr. 523 (LTS) was filed, charging defendant Paul Galinson, among others, with one count of conspiracy to violate the narcotics laws of the United States by importing a drug commonly known as hashish, and one count of conspiracy to violate the narcotics laws of the United States by distributing and possessing with intent to distribute hashish, in violation of Title 21, United States Code, Sections 963 and 846, respectively. Superseding Indictment S11, charging substantially the same conduct with respect to defendant Galinson, was filed on January 23, 2008.

        2.     Based on a review of information pertaining to this defendant acquired subsequent to the filing of the above-referenced Indictments, the Government has concluded that dismissal of these charges against this defendant would be in the public interest and the interests of justice. Accordingly, we recommend that an order of *nolle prosequi* without prejudice be filed as to Indictments S10 and S11 05 Cr. 523 (LTS) against defendant Paul Galinson.

[signature]

Glen G. McGorty
Jeffrey A. Brown
Margaret Garnett
Assistant United States Attorneys
Telephone Number: (212) 637-2200

Dated: New York, New York
        March 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 5 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* without prejudice be filed as to Indictments S10 and S11 05 Cr. 523 (LTS).

        *[signature]*
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

Dated: New York, New York
      March 3, 2008

SO ORDERED:     *[signature]*
HON. LAURA TAYLOR SWAIN
United States District Judge
Southern District of New York

Dated: New York, New York
      March 5, 2008